IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF ILLINOIS, | |
| Plaintiffs, | |
| v. | Case No. 3:21-CV-00339-NJR |
| XTRA INTERMODAL INC., and X-L-CO., INC., | |
| Defendants. | |

## ORDER

This Court, having reviewed the Unopposed Motion for Entry of Consent Decree filed by the United States (Doc. 12), as well as the proposed Consent Decree (Doc. 2-1), finds that the proposed Consent Decree is fair, reasonable, consistent with the purposes of CERCLA, and in the public interest.

Thus, the Unopposed Motion for Entry of Consent Decree is **GRANTED**, and the proposed Consent Decree shall be entered as a final judgment and the case closed. The Court will retain jurisdiction for the purpose of enforcing the terms of the consent decree.

IT IS SO ORDERED.

DATED: June 7, 2021

*/s/ Nancy J. Rosenstengel*
_____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge